UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN SALAZAR,

                                                                                    No. 20 CV 5716-LTS-BCM

                     Plaintiff,

           -against-                                                         ORDER

UNCURTAIN INC., et al.,

                     Defendants.

---

        The Court has been advised that this action has been or will be settled. Accordingly, it is hereby ORDERED that the parties shall file a motion for approval of the settlement, accompanied by evidence in the form of one or more affidavits demonstrating that the settlement is fair and reasonable and requesting approval of the same, within 21 days from the date of this Order.

        SO ORDERED.

Dated: New York, New York
         December 18, 2020

                                                                     /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge