```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN SALAZAR,

        Plaintiff,

-against-

UNCURTAIN INC., et al.

        Defendants.

20-CV-5716 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It is hereby ORDERED that the telephonic status conference scheduled for April 7, 2021, at 10:00 a.m. is ADJOURNED *sine die*. The parties are reminded that they must submit their Stipulation of Dismissal in order to close the case.

Dated:  New York, New York
       April 6, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**